EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, *v.* NEW ROCHELLE TRUST COMPANY, as Trustee under the Will of GERTRUDE A. ALDERDICE, Deceased, Appellant, et al., Defendants.

Argued April 14, 1948; decided May 20, 1948.

*Albert Ritchie* for appellant.

*John E. McAniff, Edwin A. Berkery, Lester T. O'Connor* and *Joseph C. Wolf* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.